[No. 20997–3–I. Division One. May 15, 1989.]

RAINIER NATIONAL BANK, *Respondent,* v. VMC CORPORA-
TION, *Appellant,* F.A. DONNER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 85–2–05714–7, Robert E. Dixon, J., entered
September 9, 1987. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Swanson and Forrest, JJ.

[No. 21727–5–I. Division One. May 15, 1989.]

SUE RIDER, *Individually and as Guardian, Appellant,* v.
BRIAN BAKKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 87–2–03436–4, Frank H. Roberts, Jr., J.,
entered February 1, 1988. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Swanson and Webster,
JJ.

[No. 20679–6–I. Division One. May 15, 1989.]

JOSEPH H.R. GELISSEN, *Appellant,* v. WEYERHAEUSER
COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–09914–7, Frank H. Roberts, Jr., J.,
entered June 12, 1987. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Coleman, C.J., and Pekelis,
J.